OPINION — AG — ** ELECTED OFFICIALS — RETIREMENT ** WHERE AN INDIVIDUAL IS APPOINTED TO FILL AN UNEXPIRED TERM OF AN ELECTED OFFICE, HE THEREBY BECOMES AN " ELECTED STATE OFFICIAL " AND, AS CONTEMPLATED BY 74 O.S. 1974 Supp., 913 [74-913](1)(E), MAY ELECTED TO COME WITHIN THE APPROPRIATE PROVISIONS OF THE STATE EMPLOYEES RETIREMENT SYSTEM. CITE: 74 O.S. 1974 Supp., 913 [74-913](1)(E), 74 O.S. 1971 901 [74-901], (JAMES H. GRAY)